DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHRYN M. RITCHIE (CSB #86698)
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0805
Facsimile: (213) 894-7819
Email: Kathryn.Ritchie@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DONNELL K. BROWN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant.<br>_____ | No. CV 00-2393 CW<br><br>STIPULATION FOR AWARD OF<br>EAJA FEES AND ORDER |

　　　Based upon the parties' Stipulation For Award of EAJA Fees ("Stipulation"),

　　　IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND NINE HUNDRED DOLLARS and no/cents ($3,900.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms of the Stipulation.

　　　Date: August 9, 2005

　　　　　　　　　　　　　　　　　　/s/ Carla M. Woehrle_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE